ANDERSON, EVANS & EVANS v. CHURCHILL & ALDEN CO.

(Court of Civil Appeals of Texas. El Paso. Oct. 17, 1912.)

APPEAL AND ERROR (§ 770*)—BRIEFS—SCOPE OF REVIEW.

Where no briefs are filed on appeal, only errors of a fundamental nature appearing on the record can be considered.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3106, 3107; Dec. Dig. § 770.*]

Error to Leon County Court; W. D. Lacey, Judge.

Action by the Churchill & Alden Company against Anderson, Evans & Evans. From a default judgment, defendants bring error. Affirmed.

Wm. Watson, of Centerville, for plaintiffs in error. Joe H. Seale, of Centerville, for defendant in error.

McKENZIE, J. This is an appeal by writ of error from a default judgment entered in the county court of Leon county. No statement of facts or briefs are on file in this court. In the absence of briefs, we are re-

---

quired to consider errors of a fundamental nature only as appear of record. We have examined the record, and find no such errors.

The judgment of the trial court is therefore affirmed.